UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE A. MENA,

        Plaintiff,

v.                              Case No.:  2:19-cv-647-FtM-38MRM

CITIBANK, N.A.,

        Defendant.
_____/

## ORDER[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R"). (Doc. 27). Judge McCoy recommends granting the motion to compel arbitration and staying the case. Neither party objected, and the matter is ripe.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982). Without a specific objection, the judge need not review factual findings de novo. 28 U.S.C. § 636(b)(1); *see also Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). But the district court reviews legal conclusions de novo, even without an objection. *Cooper-Houston v. S. Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

After a careful, complete, and independent examination of the file, the Court accepts and adopts Judge McCoy's R&R in full.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 27) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Defendant's Motion to Compel Arbitration (Doc. 20) is **GRANTED**.

3. The parties are **DIRECTED** to arbitrate this case promptly.

4. This case is **STAYED** until the parties advise the Court that (1) arbitration has been completed and (2) the stay should be lifted or the case should be dismissed. The parties are **DIRECTED** to notify the Court of such matters **within seven (7) days** of the arbitration concluding.

5. The parties are **DIRECTED** to file a joint report on the status of arbitration **on or before May 30, 2020**, and **every ninety (90) days** after that date until arbitration concludes.

6. The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of March, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record